Pittsburgh Finance Building Corporation, Appellant, *v.* Fire Safety Supply Co. et al.

Argued April 9, 1974. *William D. Phillips,* with him *Robert E. Wayman,* and *Wayman, Irvin, Trushel & McAuley,* for appellant; *Charles W. Kenrick,* with him *Daniel P. Stefko, David B. Fawcett, Jr.,* and *Dickie, McCamey & Chilcote,* for appellee, Fire Safety Supply Co.; *Charles Kirshner,* with him

*Rosenberg, Kirshner & Solomon,* for appellee, Walter Kidde Company.

Judgment affirmed.